IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NAKIYA BENNETT, JR., | : |
| Plaintiff, | : |
| vs. | : Civil Action No. |
|  | : 1:21-cv-04823-TWT |
| ENFORCERS PROTECTIVE SERVICE, LLC and LANAR BRISCOE, | : |
| Defendants. | : |

## ORDER AND JUDGMENT

Plaintiff having moved for default judgment as to Defendant Enforcers Protective Service, LLC; the Court having considered the same and for good cause shown; IT IS HEREBY ORDERED that Plaintiff's Motion for Default Judgment [Dkt. 9] is GRANTED.

The clerk is DIRECTED to enter judgment for the Plaintiff against Defendant Enforcers Protective Service, LLC in the amount of $9,189.25 in unpaid FLSA overtime wages, $9,189.25 in FLSA liquidated damages, $1,139.50 in costs, and $8,626.77 in reasonable attorney's fees, for a total judgment amount of $28,144.77.

IT IS SO ORDERED this  17th  day of  October , 2022.

_____
Thomas W. Thrash, Jr.
United States District Court Judge